1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

R. W.,

Plaintiff,

8

9

v.

10

BYTEDANCE, INC., et al.,

Defendants.

11

Case No.  25-cv-01304-LJC
*Also Filed in Case No. 24-cv-08051-JD*

**SUA SPONTE REFERRAL TO
DETERMINE WHETHER CASES ARE
RELATED**

12

Plaintiff R.W. brings this putative class action asserting that Defendants (various entities

13

associated with the social media platform TikTok) wrongfully collected and disclosed personally

14

identifying information of minors.  R.W.'s civil cover sheet (ECF No. 1-1) indicates that this case

15

is related to *McKissick v. Bytedance, Inc.*, No. 24-cv-08051-JD (N.D. Cal.), another putative class

16

action pending before Judge Donato asserting similar claims against the same defendants.  This

17

case is therefore REFERRED sua sponte to Judge Donato to determine whether it is related to

18

*McKissick*.  *See* Civ. L.R. 3-12(c).  Any party may file a response opposing or supporting finding

19

the cases related no later than February 11, 2025.  *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

20

**IT IS SO ORDERED.**

21

Dated: February 7, 2025

22

23

24

LISA J. CISNEROS
United States Magistrate Judge

25

26

27

28