UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA BRODISKI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TIKTOK INC., et al.,<br><br>    Defendants. | Case No. 25-cv-02097-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable James Donato for consideration of whether the case is related to *McKissick v. ByteDance, Inc.*, No. 24-cv-08051-JD.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
RITA F. LIN
United States District Judge